# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 11-1125                                                                                September Term, 2013

EPA-78FR9112
EPA-76FR15704

Filed On: June 13, 2014 [1497461]

American Forest & Paper Association, et al.,

    Petitioners

  v.

Environmental Protection Agency,

    Respondent

------------------------------

American Chemistry Council, et al.,
    Intervenors

------------------------------

Consolidated with 11-1140, 11-1144, 11-1149, 11-1154, 11-1155, 11-1161, 11-1171, 11-1173, 11-1180, 11-1183, 11-1188, 13-1111, 13-1113, 13-1114, 13-1116, 13-1118, 13-1119, 13-1120, 13-1121, 13-1123, 13-1124, 13-1127

## O R D E R

Upon consideration of the unopposed motion to extend briefing schedule, it is

**ORDERED** that the motion be granted, and the following briefing schedule now apply:

| | |
|---|---|
| Petitioners' Brief | October 2, 2014 |
| Respondents' Brief | January 16, 2015 |
| Intervenor for Respondents' Brief | February 9, 2015 |
| Petitioners' Reply Brief | February 24, 2015 |
| Deferred Appendix | March 2, 2015 |
| Final Briefs | March 6, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Mark A. Butler
Deputy Clerk